IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY, | : : | CIVIL NO. 3:02CV1701(JBA) |
| Plaintiff, | : | |
| v. | | |
| GREGORY DAVIS, | : | |
| Defendant. | : | September 15, 2005 |

### APPEARANCE

TO: Clerk
United States District Court
District of Connecticut
141 Church Street
New Haven, CT  06510

Please enter my appearance in the above entitled action as attorney for plaintiff, GE Group Life Assurance Company.

Respectfully submitted,

By: /s/ Sigismund L. Sapinski
Sigismund L. Sapinski  CT13321
Genworth Financial
175 Addison Rd.
Windsor, CT  06095
Telephone:  (860) 737-6597
Telecopier:  (860) 737-6598
E-mail: Sigismund.Sapinski@genworth.com

CC 1520703v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of Sept, 2005, a true and correct copy of the above and foregoing, was sent by first class mail, postage prepaid to the following persons:

Richard F. Tolisano
2 Congress St.
Hartford, CT 06114-1024

Gregory Davis
2447 Highway 41 South
Perry, GA 31069

_____
Attorney for Plaintiff