IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GE GROUP LIFE ASSURANCE COMPANY,** | : : : | CIVIL NO. 3:02CV1701(JBA) |
| Plaintiff, | : | |
| v. | | |
| **GREGORY DAVIS,** | : | |
| Defendant. | : | September 5, 2005 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of the Civil Procedure for this Court, the undersigned, a member in good standing of the bar of this Court, requests the Court to admit Brian M. Holland as visiting attorney to represent plaintiff GE Group Life Assurance Company in this case. In support of this motion, the undersigned asserts the following:

1. Brian M. Holland is an attorney in the firm of Lathrop & Gage L.C. His office address and other contact information are as follows:

   Lathrop & Gage L.C.
   2345 Grand Blvd., Suite 2800
   Kansas City, Missouri 64108
   Telephone:   (816) 292-2000
   Telecopier:   (816) 292-2001
   E-mail: bholland@lathropgage.com

2. Attorney Holland is a member of the following courts:

   State of Missouri
   State of Kansas
   U.S. District Court for the Western District of Missouri
   U.S. District Court for the District of Kansas

3.  Attorney Holland has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court or denied admission or disciplined by any other court.

4.  In accordance with Local Rule 83.1, the affidavit of Attorney Holland is attached.

5.  A fee of $25.00 has been paid.

Respectfully submitted,

PLAINTIFF, GE GROUP LIFE ASSURANCE COMPANY

By: _____
Sigismund L. Sapinski / CT13321
Genworth Financial
175 Addison Rd.
Windsor, CT 06095
Telephone: (860) 737-6597
Telecopier: (860) 737-6598
E-mail: Sigismund.Sapinski@genworth.com

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GE GROUP LIFE ASSURANCE COMPANY,** | : | |
| | : | CIVIL NO. 3:02CV1701(JBA) |
| Plaintiff, | : | |
| v. | | |
| **GREGORY DAVIS,** | : | |
| Defendant. | : | September _14_, 2005 |

### AFFIDAVIT OF BRIAN M. HOLLAND FOR
### MOTION FOR ADMISSION PRO HAC VICE

Brian M. Holland, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the meaning and obligations of an oath.

2. I am a partner in the firm of Lathrop & Gage L.C., and have a client-attorney relationship with plaintiff, GE Group Life Assurance Company. My office address and other contact information are as follows:

> Lathrop & Gage L.C.
> 2345 Grand Blvd., Suite 2800
> Kansas City, Missouri 64108
> Telephone:  (816) 292-2000
> Telecopier: (816) 292-2001
> E-mail: bholland@lathropgage.com

3. I am a member of the bars of the following courts:

   - State of Missouri
   - State of Kansas
   - U.S. District Court for the Western District of Missouri
   - U.S. District Court for the District of Kansas

4. I have not been denied admission or disciplined by this or any other court.

CC 1520632v1

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

The foregoing statements are true to the best of my knowledge and belief.

By: _____
Brian M. Holland
MO #31398   KS#19989
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
E-mail: bholland@lathropgage.com

Subscribed and sworn to before me this 14th day of September, 2005.

Commission Expires:

DEBRA A. GILLISPIE
Notary Public - Notary Seal
STATE OF MISSOURI - Jackson County
My Commission Expires April 30, 2007

_____
Notary Public
Debra A. Gillispie

CC 1520632v1