## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

GE GROUP LIFE ASSURANCE      :

COMPANY,      :      CIVIL NO. 3:02CV1701(JBA)

         **Plaintiff,**      :

**v.**

**GREGORY DAVIS,**      :

         **Defendant.**    :      September 15, 2005

## APPEARANCE

TO:     Clerk
         United States District Court
         District of Connecticut
         141 Church Street
         New Haven, CT 06510

Please enter my appearance in the above entitled action as attorney for plaintiff,

GE Group Life Assurance Company.

Respectfully submitted,

By: _____
         Brian M. Holland     phv0497
         Lathrop & Gage L.C.
         2345 Grand Blvd., Suite 2800
         Kansas City, MO 64108
         Telephone: (816) 292-2000
         Telecopier: (816) 292-2001
         E-mail: bholland@lathropgage.com

## CERTIFICATE OF SERVICE

I hereby certify that on this *15th* day of *Sept.*, 2005, a true and correct copy of the above and foregoing, was sent by first class mail, postage prepaid to the following persons:

Richard F. Tolisano
2 Congress St.
Hartford, CT  06114-1024

Gregory Davis
2447 Highway 41 South
Perry, GA  31069

_____
Attorney for Plaintiff