IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GE GROUP LIFE ASSURANCE COMPANY, | : : | CIVIL NO. 3:02CV1701(JBA) |
| Plaintiff, | : | |
| v. | | |
| GREGORY DAVIS, | : | |
| Defendant. | : | September 15, 2005 |

## APPEARANCE

TO:   Clerk
      United States District Court
      District of Connecticut
      141 Church Street
      New Haven, CT  06510

Please enter my appearance in the above entitled action as attorney for plaintiff, GE Group Life Assurance Company.

Respectfully submitted,

By: _____
Richard N. Bien    phv0496
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri  64108
Telephone:  (816) 460-5520
Telecopier:  (816) 292-2001
E-mail:  rbien@lathropgage.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of Sept., 2005, a true and correct copy of the above and foregoing, was sent by first class mail, postage prepaid to the following persons:

Richard F. Tolisano
2 Congress St.
Hartford, CT 06114-1024

Gregory Davis
2447 Highway 41 South
Perry, GA 31069

_____
Attorney for Plaintiff