IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**GE GROUP LIFE ASSURANCE**   :
**COMPANY,**                             :     CIVIL NO. 3:02CV1701(JBA)

                **Plaintiff,**     :

v.

**GREGORY DAVIS,**                   :

                **Defendant.**   :     January __, 2006

## ORDER

The Court considers Plaintiff's Motion to Set Aside Default Judgment. The Court concludes, and for good cause to set aside the default judgment has been shown, it is hereby:

**ORDERED** that the default judgment of the Court be, and hereby is, set aside and vacated.

**IT IS FURTHER ORDERED** that this action be returned to the Court's active docket.

Dated: _____       Signed: _____
                                                                    District Court Judge