IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GE GROUP LIFE ASSURANCE
COMPANY,                           :
                                   :   CIVIL NO. 3:02CV1701(JBA)
           Plaintiff,              :
v.                                 :
                                   :
GREGORY DAVIS,                     :
                                   :
           Defendant.              :   February 8, 2006

ENDORSEMENT
**ORDER** (19)

The Court considers Plaintiff's Motion to Set Aside Default Judgment. The Court concludes, and for good cause to set aside the default judgment has been shown, it is hereby:

**ORDERED** that the default judgment of the Court be, and hereby is, set aside and vacated.

**IT IS FURTHER ORDERED** that this action be returned to the Court's active docket.

Dated: 8 February 2006      Signed: _____
                                    District Court Judge

CC 1559484v1