UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GE GROUP LIFE ASSURANCE CO.       :

v.                                : NO. 3:02cv1701 (JBA)

GREGORY DAVIS                     :

## ORDER OF DISMISSAL

Notice of Dismissal Without Prejudice is SO ORDERED.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February 8, 2006**